Peter J. Torcicollo, Esq.
Kate E. Janukowicz, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4500
Facsimile: (973) 596-0545

*Attorneys for Defendant*
*Volkswagen Group of America, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ONYX ENTERPRISES INT'L, CORP., a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Defendant. | Civil Action No. 20-09976 (BRM) (ZNQ)<br><br>*Document Electronically Filed*<br><br><br><br>**NOTICE OF APPEARANCE OF PETER J. TORCICOLLO, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Volkswagen Group of America, Inc. in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated: September 15, 2020             By:  s/ Peter J. Torcicollo, Esq.
Newark, New Jersey                             Peter J. Torcicollo, Esq.
                                                                 **GIBBONS P.C.**
                                                                 One Gateway Center
                                                                 Newark, New Jersey 07102-5310
                                                                 Telephone: (973) 596-4500
                                                                 ptorcicollo@gibbonslaw.com