Jeffrey W. Lorell (jlorell@saiber.com)
Jakob B. Halpern (jhalpern@saiber.com)
Catherine Soliman (csoliman@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel.: (973) 622-3333

Vincent Miletti (Vmiletti@aol.com)
**THE LAW OFFICE OF VINCENT MILETTI**
2139 East 3rd Street
Brooklyn, New York 11223
Tel.: (347) 234-0034

Aaron P. Bradford (Aaron@apb-law.com)
Mishele Kieffer (Mishele@apb-law.com)
**BRADFORD, LTD**
2701 Lawrence Street
Denver, Colorado 80205
Tel.: (303) 325-5467

*Attorneys for Plaintiff*
*Onyx Enterprises Int'l Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ONYX ENTERPRISES INT'L CORP., | Civil Action No. 20-09976 (BRM) (ZNQ) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| VOLKSWAGEN GROUP OF AMERICA, INC., | *DOCUMENT FILED ELECTRONICALLY* |
| Defendant. | |

**PLEASE TAKE NOTICE** that plaintiff Onyx Enterprises Int'l Corp. ("Plaintiff") is represented by the firm of Saiber LLC in the above matter. Jeffrey W. Lorell, Esq. hereby enters his appearance as counsel of record and as "lead attorney to be noticed" on behalf of Plaintiff. Accordingly, Plaintiff respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Jeffrey W. Lorell at jlorell@saiber.com.

Dated:  October 21, 2020

Respectfully submitted,

**SAIBER LLC**
*Attorneys for Plaintiff Onyx Enterprises Int'l Corp.*


By:  /s Jeffrey W. Lorell
     **JEFFREY W. LORELL**