UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ONYX ENTERPRISES INT'L CORP.<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. | Case No. 3:20-cv-09976 (BRM) (ZNQ)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Defendant Volkswagen Group of America Inc.'s ("VW") motion to stay (ECF No. 19) the D.N.J. litigation initiated by Plaintiff Onyx Enterprises International Corporation ("Onyx") pending adjudication of other judicial proceedings—namely, *PARTS ID, LLC v. IDParts LLC*, No. 20-cv-11253 (D. Mass), which relates to the alleged use by VW of Onyx's house mark iD® (ECF No. 9) and the validity of Onyx's trademark (ECF No. 19 at 2). Onyx filed a brief in opposition to the motion to stay (ECF No. 29), VW filed a reply brief to Onyx's opposition (ECF No. 35), and both parties filed supplemental briefs following oral argument (ECF Nos. 46 & 47). Having reviewed the submissions filed in connection with the motion and having held oral argument on February 9, 2021, pursuant to Federal Rule of Civil Procedure 78(a), for the reasons set forth in the accompanying Opinion, and for good cause having been shown,

**IT IS** on this 9th of April 2021,

**ORDERED** that VW's Motion to Stay (ECF No. 19) is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this matter from the Court's docket pending a decision from the Massachusetts District Court, subject to reinstatement upon the written application by any party; and it is further

1

**ORDERED** that the Parties shall submit a status report to the Court in 90 days.

*/s/Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**